UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| SPASSKY ALCEQUIECZ, | * | |
| Petitioner, | * | |
| v. | * | C.A. No. 14-11693-ADB |
| KELLEY RYAN, | * | App. No. 17-1617 |
| Respondent. | * | |

ORDER

BURROUGHS, D.J.

Petitioner Spassky Alcequiecz has filed a motion to appeal *in forma pauperis* [ECF No. 50], and he has provided a six-month prison account statement dated August 24, 2017 [ECF No. 52]. The account statement indicates that from February 1, 2017 through August 23, 2017, Alcequiecz received approximately $2,000. The statement also indicates that the balance of his prison account on the statement date was $1,959.

Based on Alcequiecz's income and account balance, the Court finds that he is able to pay the $505 appeal fee.

Accordingly, the motion to appeal *in forma pauperis* [ECF No. 50] is DENIED. If Alcequiecz wishes to further pursue *in forma pauperis* status on appeal, he may, within thirty (30) days, file a new motion for leave to appeal *in forma pauperis* with the United States Court of Appeals for the First Circuit. *See* Fed. R. App. P. 24(a)(5).[1]

---

[1]Fed. R. App. P. 24(a)(5) provides:

> A party may file a motion to proceed on appeal in forma pauperis in the court of appeals within 30 days after service of the notice [of the district court's order denying the motion to appeal *in forma pauperis*]. The motion must include a copy

The Clerk shall transmit a copy of this Order to the United States Court of Appeals for the First Circuit.

IT IS SO ORDERED.

| _10/11/2017_ | _/s/ Allison D. Burroughs_ |
|---|---|
| DATE | UNITED STATES DISTRICT JUDGE |

---

of the affidavit filed in the district court and the district court's statement of reasons for its action.

Fed. App. P. 24(a)(5).